UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PATRICIA ALEJANDRA RONDON HERNANDEZ** | **CIVIL ACTION NO. 25-1618** |
| **VS.** | **SECTION P** |
| | **JUDGE JERRY EDWARDS, JR.** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Patricia Alejandra Rondon Hernandez's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

ALEXANDRIA, LOUISIANA, this 8th day of January, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE