UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PATRICIA ALEJANDRA RONDON HERNANDEZ #A231-432-548** | **CIVIL ACTION NO. 25-1618 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAG. JUDGE MCCLUSKY** |

## AMENDED JUDGMENT

The Court previously entered a Judgment (Doc. 28) adopting the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. 27) and dismissing this habeas action challenging Petitioner's detention as moot because the Petitioner had been removed to Mexico. The Petitioner subsequently filed an Objection to the R&R (Doc. 29) asserting that the matter is not moot. Having reviewed the Objection and after a de novo review of the record, the Court finds that the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 27) is correct under the applicable law;

**IT IS HEREBY ORDERED** that previous Judgment (Doc. 28) is **VACATED.**

**IT IS FURTHER ORDERED** that the Habeas Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

**THUS ORDERED AND SIGNED** in Chambers this 13th day of January, 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**